No. 82–6264.　IN RE PREWITT.　Petition for writ of mandamus denied.

No. 82–1313.　IN RE DOAN.　Petition for writ of mandamus and/or prohibition denied.

No. 82–1273.　MAINE v. THORNTON.　Sup. Jud. Ct. Me. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.　Case is consolidated with No. 82–15, Oliver v. United States [certiorari granted, 459 U. S. 1168], and a total of one hour allotted for oral argument.

No. 81–1595.　CONNECTICUT ET AL. v. CUISINARTS, INC. C. A. 2d Cir.　Certiorari denied.

No. 81–2239.　BLACK v. UNITED STATES.　C. A. 7th Cir. Certiorari denied.

No. 81–5181.　SMITH v. UNITED STATES.　C. A. 5th Cir. Certiorari denied.

No. 81–6746.　MEDINA-PENA v. UNITED STATES.　C. A. 5th Cir.　Certiorari denied.

No. 82–587.　MOORE v. UNITED STATES.　C. A. 6th Cir. Certiorari denied.

No. 82–882.　FALCO v. UNITED STATES.　C. A. 2d Cir. Certiorari denied.

No. 82–972.　GIBSON ET AL. v. FEDERAL TRADE COMMISSION; and

No. 82–984.　GIBSON ET UX. v. FEDERAL TRADE COMMISSION.　C. A. 5th Cir.　Certiorari denied.　Reported below: 682 F. 2d 554.